UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **ROBERT BORAN,** | ) |
| **PLAINTIFF** | ) ) ) |
| v. | ) ) No. 1:11-cv-340-DBH |
| **POSTMASTER MICHAEL MITCHELL,** | ) ) ) ) |
| **DEFENDANT** | ) |

ORDER ON MOTION TO DISMISS

The plaintiff has failed to respond to the defendant's motion for a more definite statement or, in the alternative, motion to dismiss. He has also failed to respond to my Order of October 14, 2011, ordering him to show cause by November 4, 2011, why the matter should not be dismissed. Accordingly, the lawsuit is now **DISMISSED** for failure to prosecute. Fed. R. Civ. P. 41(b); Local Rule 41(b).

**SO ORDERED.**

**DATED THIS 8TH DAY OF NOVEMBER, 2011**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**